# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY JAIL,<br><br>    Defendant. | Case No.: 1:16-cv-01200-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

   Plaintiff Samantha Anderson ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this case on August 15, 2016. (ECF No. 1.) On the same day, Plaintiff also filed a motion seeking leave to proceed in forma pauperis. (ECF No. 2.) However, Plaintiff did not have an authorized officer of the institution fill out, sign, and date the Certificate portion of the form as directed in the form's instructions. Nor is there a certified copy of the Plaintiff's trust account statement showing the past six months of transactions attached. Plaintiff must submit a completed form if she wishes the application to be considered.

   Accordingly, IT IS HEREBY ORDERED as follows:

   1.   Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;

   2.   The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff.

       3.      Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

       3.      No extension of time will be granted without a showing of good cause; and

       4.      **<u>The failure to comply with this order will result in dismissal of this action, without prejudice</u>**.

IT IS SO ORDERED.

    Dated:   **August 17, 2016**                  /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE